UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PRINCE CRAWFORD JONES, JR.      )
                                )
          Plaintiff,            )
                                )
v.                              )       CASE NO. CV413-135
                                )
BANK OF AMERICA                 )
CORPORATION AND BAC             )
HOME LOANS SERVICING            )
          Defendants,           )
                                )
                                )

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The clerk of the Court is **DIRECTED** to close the case.


**SO ORDERED** this  22  day of January, 2014.



                                    _____
                                    B. Avant Edenfield
                                    Judge, United States District Court
                                    Southern District of Georgia